## Chicago Title & Trust Company, Trustee, et al., Appellees, v. Maurice Franklin et al., Herbert W. Duncanson, Appellant.

### Gen. No. 18,848.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. THEODORE BRENTANO, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed as modified. Opinion filed June 24, 1912. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Bill by Chicago Title and Trust Company, Trustee *et al.*, against Maurice Franklin, Herbert W. Duncanson *et al.*, to foreclose a trust deed executed by Mandel Frankel under the name of Maurice Franklin to secure the payment of certain bonds. From a decree awarding a foreclosure, Herbert W. Duncanson appeals.

ALDEN, LATHAM & YOUNG, for appellant.

HENRY W. LEMAN, for appellee Chicago Title & Trust Company.

FELSENTHAL & BECKWITH, for appellee Charles H. McIntyre.

A. W. MARTIN and EDWARD H. S. MARTIN, for appellee Goldsmith.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. SUBROGATION, § 3*—*when holder of bonds entitled to conventional subrogation.* Where there is an arrangement between a company and a person executing bonds whereby the company took up

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

the bonds to hold them uncancelled until the person executing the bonds paid the same, the company holds the same under a right of conventional subrogation.

2. APPEAL AND ERROR, § 499*—*when objection to amount of solicitor's fees not preserved for review.* Objection to the amount of solicitor's fees allowed by a decree of foreclosure under the terms of a trust deed cannot be first raised on appeal.

3. PRINCIPAL AND AGENT, § 179*—*when third party not liable as undisclosed principal.* Where bonds are executed under seal in the name of a certain person, a third person cannot be held liable thereon as an undisclosed principal.